UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
ESTHER SALAS
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

July 25, 2019

## LETTER ORDER

Re: *Grant v. DeLaRosa*
      Civil Action No. 14-3358 (ES) (MAH)

Dear Parties:

On April 12, 2019, the Honorable Michael A. Hammer, U.S.M.J., issued an order to show cause why the plaintiff's "claims should not be dismissed pursuant to Federal Rule of Civil Procedure 41 as a result of [his] failure to prosecute this matter." (D.E. No. 62). The plaintiff had until April 30, 2019, to respond, but never did. (*See id.*; D.E. No. 63 at 1).

On July 3, 2019, Judge Hammer issued a Report and Recommendation, "recommend[ing] that the District Court dismiss [the] [p]laintiff's Complaint with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (D.E. No. 63 at 9). Under Local Civil Rule 72.1c(2), the parties had fourteen days to file and serve any objection to the Report and Recommendation. To date, neither party has filed any objection.

Having reviewed Judge Hammer's Report and Recommendation, and for the reasons stated therein,

IT IS on this 25th day of July 2019,

**ORDERED** that this Court ADOPTS Judge Hammer's Report and Recommendation in full, as the Opinion of this Court; and it is further

**ORDERED** that the plaintiff's complaint is dismissed *with prejudice*; and it is further

**ORDERED** that the Clerk of Court CLOSE this case.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**